NOT FOR PUBLICATION (Docket No. 14)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY JOHNSON, | |
| Plaintiff, | Civil No. 07-3110 (RBK) |
| v. | **ORDER** |
| CITY OF PHILADELPHIA, et al, | |
| Defendants. | |

THIS MATTER having come before the Court on a motion by Plaintiff Anthony Johnson ("Plaintiff") seeking that this Court recuse itself from this proceeding; and the Court having considered the moving papers; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY ORDERED that Plaintiff's motion for recusal is DENIED.

Dated: 8-17-09

ROBERT B. KUGLER
United States District Judge